**Order entered February 3, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00534-CV

**ASSOCIATION OF TAXICAB OPERATORS, USA, ET AL., Appellants**

**V.**

**WALAAL CORPORATION D/B/A AMBASSADOR CAB, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03638**

## ORDER

The clerk's record is past due. By order dated January 9, 2017, we ordered appellants Kelly D. Hollingsworth and K. Hollingsworth & Assoc., P.C. to file, by January 19, 2017, written verification that they have either paid the clerk's fee or filed an affidavit of inability to pay costs in the trial court. *See* TEX. R. CIV. P. 145. On January 19, 2017, appellants filed written verification that they have filed an Affidavit of Inability to Pay Costs in the trial court. Accordingly, pursuant to rule 145(a), we **ORDER** Felicia Pitre, Dallas County District Clerk, to file the clerk's record by **February 13, 2017**.

/s/      CRAIG STODDART
JUSTICE